UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TIA REEVES, | : | NO. 1:13-CV-00325 |
| Plaintiff, | : | |
| vs. | : | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

This matter is before the Court on the Magistrate Judge's Report and Recommendation (doc. 18), to which there were no objections. The Magistrate Judge reviewed the record and determined that both a Sentence Four and Sentence Six Remand is appropriate under Section 405(g), for consideration of new evidence submitted after the ALJ's decision, and because all of the essential factual issues have not been resolved (Id.).

Proper Notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and

Recommendation thorough, well-reasoned, and correct.  Accordingly, the Court hereby ADOPTS and AFFIRMS the Magistrate Judge's Report and Recommendation in all respects (doc. 18), REVERSES the decision of the Commissioner  and REMANDS this matter under sentence four of 42 U.S.C. §405(g) for further proceedings.  The Court further REMANDS this matter pursuant to Sentence Six of 42 U.S.C. § 405(g), for consideration of the evidence added to the record after the ALJ's decision.

SO ORDERED.

DATED: June 19, 2014       s/S. Arthur Spiegel
                           S. Arthur Spiegel
                           United States Senior District Judge